# MARTIN G. GOLDBERG

### ATTORNEY AT LAW
### 672 Dogwood Avenue # 183
### Franklin Square, New York 11010
### Phone/Fax (516)292-0380   Cell Phone (718)986-4653
### E-mail: mgoldbergesq@juno.com

**May 13, 2011**

Hon. Judge Kiyo Matsumoto
225 Cadman Plaza
Brooklyn, N.Y. 11201

Re: United States v Daniel Baddouch
11 Cr 294

Dear Judge Matsumoto,

I am requesting permission for Mr. Baddouch to go to Pennsylvania today and stay there to this Sunday. **Because of religious considerations he would have to make this trip prior to the beginning of the Sabbath**. He is currently released on a $100,000 bond which limits his travel to New York City and New Jersey.

I have spoken with pre-trial and they have give their consent.  I have also made several attempts to obtain consent from AUSA Todd Kaminsky but so far have been unable to speak to him.  I also left a message for him this morning requesting that he contact the Court directly to indicate whether or not he would consent to this application.

If the Court grants this application I would appreciate it if your clerk would contact me at my cell phone as soon as possible. Thank you for your consideration.

Yours

Martin Goldberg