# MARTIN G. GOLDBERG

## ATTORNEY AT LAW
### 672 Dogwood Avenue # 183
### Franklin Square, New York 11010
### Phone/Fax (516)292-0380   Cell Phone (718)986-4653
### E-mail: mgoldbergesq@juno.com

July 15, 2011

Hon. Judge Kiyo Matsumoto
United States District Judge
225 Cadman Plaza
Brooklyn, N.Y. 11201

Re: United States v Daniel Baddouch
11 Cr 294

Dear Judge Matsumoto,

I am hereby requesting that the defendant's travel restrictions be modified to permit him to travel to Chicago, Montreal, and New York State. I have spoken to AUSA Todd Kaminsky and pre-trial officer Erin Rodriguez and both have consented to this modification.

Yours

Martin Goldberg