# MARTIN G. GOLDBERG

## ATTORNEY AT LAW
### 672 Dogwood Avenue # 183
### Franklin Square, New York 11010
### Phone/Fax (516)292-0380   Cell Phone (718)986-4653
### E-mail: mgoldbergesq@juno.com

September 28, 2011

Hon. Judge Kiyo Matsumoto
United States District Judge
225 Cadman Plaza
Brooklyn, N.Y. 11201

Re: United States v Daniel Baddouch
11 Cr 294

Dear Judge Matsumoto,

I am hereby requesting that the defendant's travel restrictions be modified to permit him to travel as follows:

1. Travel to and remain in Chicago from October 10th to the 24th for the Jewish holiday of Succos. He would stay with his wife's parents Shmuel and Shiale Adler at 6030 North Drake Avenue, Chicago, Illinois, 60659.

2. Travel to and remain in Cleveland Ohio from October 25-31 for a wedding. He would stay with his wife's brother Abraham Adler at 14443 Somerfield Avenue, University Heights, Ohio.

3. Visit with his mother Vivian Baddouch from November 3rd to November 6th at 9 Fanley Avenue, Spring Valley, New York.

AUSA Todd Kaminsky and pre-trial officer Erin Rodriguez have consented to this modification.

Yours

Martin Goldberg