

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

January 12, 2012

BY ECF

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Daniel Baddouch
         Criminal Docket No. 11-294 (KAM)

Dear Judge Matsumoto:

    The government respectfully requests that the sentencing of the defendant that is scheduled for January 26, 2012 at 5:00 p.m. be adjourned for four weeks.  Martin Goldberg, counsel for the defendant, consents to this request.

    Very truly yours,

    LORETTA E. LYNCH
    United States Attorney

By:  /s/
    Marisa Megur Seifan
    Assistant U.S. Attorney
    (718) 254-6008

cc:  Martin Goldberg, Esq.